In the United States District Court
for the District of Kansas

**United States of America**,
 *Plaintiff*,

v.             Case No. 5:11-cr-40078-JAR

**Kennin Dewberry,**
 *Defendant*.

## Order Reducing Term of Imprisonment

 This matter is before the Court on Kennin Dewberry's Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A). (Doc. 887). The parties agree that Mr. Dewberry has established extraordinary and compelling reasons for a sentence reduction and that his sentence should be reduced to time served. (Docs. 887, 888).

 Mr. Dewberry was convicted by a jury of one count of conspiracy to distribute cocaine base (Count 1) and one count of conspiracy to distribute powder cocaine (Count 2). Doc. 476. His mandatory minimum sentence on Count 1 was enhanced to 20 years pursuant to 21 U.S.C. §§ 841(b)(1)(A) and 851 based on a prior conviction. Doc. 149. This Court sentenced Mr. Dewberry to the mandatory minimum sentence of 20 years Count 1, and to a guidelines sentence of 168 months on Count 2, to run concurrent. (Doc. 476).

 The Court has considered the applicable factors set forth in 18 U.S.C. § 3582(c)(1)(A)(i) and 18 U.S.C. § 3553(a). After the First Step Act, Mr. Dewberry

would no longer be subject to the 20-year mandatory minimum on Count 1. Absent that enhancement, he would face a much lower mandatory minimum of 10 years, which he has already served. Moreover, Mr. Dewberry sets forth multiple changes in the law which would reduce the applicable guideline range. The now inapplicable mandatory sentencing scheme, the changes in the law that would reduce his guideline range, his ongoing health issues, and his post-offense rehabilitation together establish extraordinary and compelling reasons for a sentence reduction and show that a time served sentence satisfies the § 3553(a) sentencing factors. *See United States v. Maumau*, 993 F.3d 821, 831 (10th Cir. 2021); *United States v. McGee*, 992 F.3d 1035, 1042 (10th Cir. 2021). That sentence is sufficient to serve the goals of incapacitation, deterrence, retribution, and rehabilitation.

**IT IS THEREFORE ORDERED** by the Court that the Defendant's motion, Doc. 887, is **GRANTED**. The Court reduces Defendant's sentence on both Counts 1 and 2 to time served.

All previously imposed terms and conditions in the judgment remain in effect.

**IT IS SO ORDERED**.

Dated this 12th day of July 2023, at Kansas City, Kansas.

s/ Julie A. Robinson
Honorable Julie A. Robinson
United States District Court Judge
